UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN EDWARD HALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:16-CV-0725-G-BT |
| LORIE DAVIS, DIRECTOR TDCJ-CID, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER ACCEPTING FINDINGS AND <u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>

The court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated November 28, 2022. The court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted, and the objections are overruled.

Considering the record in this case, the court **DENIES** a certificate of appealability. The court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions and Recommendation filed in this case in support of its finding that Petitioner has failed to show (1) reasonable jurists would find this court's "assessment of the constitutional claims debatable or wrong[,]" or (2) reasonable

jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this court] was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). If Petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

    **SO ORDERED**.

December 21, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**